IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

R. DRAKE EWBANK,

        Plaintiff,                                  No. 6:14-cv-612-TC

    v.                                       ORDER

LIANE INKSTER RICHARDSON, et al.,

        Defendants.

AIKEN, Chief Judge:

    Pro se plaintiff brings this action asserting due process and equal protection violations. On November 11, 2014, Magistrate Judge Thomas Coffin recommended granting a motion to dismiss and for summary judgment. However, Judge Coffin also recommended that plaintiff's motion to file an amended complaint, with respect to a claim for retaliation, should be granted. Plaintiff filed objections to the recommendations on November 28, 2014.

    On December 16, 2014, after reviewing the case <u>de novo</u>, this court adopted the recommendations and ordered plaintiff to file an amended complaint within 30 days. The court explicitly warned plaintiff that failure to file an amended complaint would result in dismissal of this

case. To date, plaintiff has not filed an amended complaint. Accordingly, this case is dismissed for failure to prosecute and failure to follow a court order.

DATED this 29 day of January 2015.

*Ann Aiken*
Ann Aiken
United States District Judge

2 - ORDER